Donald C. Schwartz, Esq. (SBN 122476)
Law Office of Donad C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
Tel: 831-331-9909/Fax: 815-301-6556
triallaw@cruzio.com

Attorney for Plaintffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles P. Schwartz, III, Trustee of The Schwartz Family Trust dated February 4, 2021; Elizabeth A. Marani-Schwartz; Donald Charles Schwartz, Rebecca Riccabona, Successor Trustee, The Children's Educational Trust dated October 18, 2007, Don Giovanni Schwartz,<br><br>Plaintiffs,<br>v.<br><br>The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWMBS INC., CHL Mortgage Pass-Through Trust 2004-HYB8, Mortgage Pass-Through Certificates, Series 2004-HYB8, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 5:24-CV-06419<br><br>**PROOF OF SERVICE OF NOTICE OF PENDENCY OF ACTION PURSUANT TO C.C.P § 405.20**<br><br>**(LIS PENDENS)** |

**PROOF OF SERVICE BY CERTIFIED MAIL**

I am employed in the County of Santa Cruz, State of California. I am over the age of 18 years and not a party to the within action; my business address is in Aptos, CA 95003.

On September 12, 2024 I served the following documents:

**NOTICE OF PENDENCY OF ACTION PURSUANT TO C.C.P § 405.20**
**(LIS PENDENS)**

on the parties to said matter by causing a true copy of said document(s) sent certified mail, postage prepaid, United States Postal Service to the addresses known as set forth below:

Robin Vince, President, Executive Chairman
The Bank of New York Mellon
240 Greenwich Street
New York, NY 10286

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Aptos, CA on September 12, 2024.

_____
Samuel Isaiah Schwartz