Donald C. Schwartz, Esq. (SBN 122476)
Law Office of Donad C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
Tel: 831-331-9909/Fax: 815-301-6556
triallaw@cruzio.com

Attorney for Plaintffs
Charles P. Schwartz, III, Trustee of The Schwartz Family Trust dated February 4, 2021; Elizabeth A. Marani-Schwartz; Donald Charles Schwartz, Rebecca Riccabona, Successor Trustee, The Children's Educational Trust dated October 18, 2007; Don Giovanni Schwartz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles P. Schwartz, III, Trustee of The Schwartz Family Trust dated February 4, 2021; Elizabeth A. Marani-Schwartz; Donald Charles Schwartz, Rebecca Riccabona, Successor Trustee, The Children's Educational Trust dated October 18, 2007; Don Giovanni Schwartz, <br><br>                    Plaintiffs,<br>     v.<br><br>The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWMBS INC., CHL Mortgage Pass-Through Trust 2004-HYB8, Mortgage Pass-Through Certificates, Series 2004-HYB8, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 5:24-cv-06419<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**
Service by Certified Mail with Return Receipt
California Code of Civil Procedure Section 415.40

1

The summons and complaint in this action were served on defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWMBS NC., CHL Mortgage Pass-Through Trust 2004-HYB8, Mortgage Pass-Through Certificates, Series 2004-HYB8 ("Defendant") by certified mail with return receipt requested, in accordance with California Code of Civil Procedure Section 415.40 and the Federal Rules of Civil Procedure.

On September 23, 2024, the summons and complaint were mailed via United States Postal Service certified mail, return receipt requested, to Defendant at the following address:

Jinho Weng, Secretary
The Bank of New York Mellon
240 Greenwich Street
New York, New York  10286

The certified mail tracking number is: 70210950000072047338.

On October 23, 2024, the return receipt was signed by an agent on behalf of said defendant, indicating successful delivery and receipt of the summons and complaint.

A true and correct copy of the signed return receipt is attached hereto as Exhibit 1.

**Compliance with 9th Circuit Requirements**

This method of service complies with the requirements for out-of-state service of process as established by the United States Court of Appeals for the Ninth Circuit.

Specifically, this service satisfies the following criteria:

(a) The summons and complaint were sent by United States Postal Service;

(b) Certified mail with return receipt was used;

(c) The mailing was addressed to Defendant's last known address;

(d) The return receipt provides evidence of actual delivery to Defendant or Defendant's authorized agent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 7, 2024 at Aptos, California.

*/s/ Brian Evans*

Brian Evans

2

# EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jinho Weng, Secretary
   The Bank of New York Mellon
   240 Greenwich Street
   New York, New York 10286

   9590 9402 8999 4122 5425 39

2. Article Number (Transfer from service label)

   7021 0950 0000 7204 7338

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 8999 4122 5425 39

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Donald Charles Schwartz
Attorney at Law
7960 Soquel Dr. #291
Aptos CA 95003