Donald C. Schwartz, Esq. (SBN 122476)
Law Office of Donad C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
Tel: 831-331-9909/Fax: 815-301-6556
triallaw@cruzio.com

Attorney for Plaintffs
Charles P. Schwartz, III, Trustee of The Schwartz Family Trust dated February 4, 2021; Elizabeth A. Marani-Schwartz; Donald Charles Schwartz, Rebecca Riccabona, Successor Trustee, The Children's Educational Trust dated October 18, 2007; Don Giovanni Schwartz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Charles P. Schwartz, III, Trustee of The Schwartz Family Trust dated February 4, 2021; Elizabeth A. Marani-Schwartz; Donald Charles Schwartz, Rebecca Riccabona, Successor Trustee, The Children's Educational Trust dated October 18, 2007; Don Giovanni Schwartz,<br><br>Plaintiffs,<br>v.<br><br>The Bank of New York Mellon, et.<br><br>Defendants. | Case No. 5:24-cv-06419 |
|---|---|

COME NOW PLAINTIFFS, Charles P. Schwartz, III, Trustee of The Schwartz Family Trust dated February 4, 2021; Elizabeth A. Marani-Schwartz; Donald Charles Schwartz, Rebecca Riccabona, Successor Trustee, The Children's Educational Trust dated October 18, 2007; Charles P. Schwartz, III, Trustee of The Schwartz Family Trust dated February 4, 2021, Elizabeth A. Marani-Schwartz; and Don Giovanni Schwartz (hereinafter "plaintiffs Schwartz") who request Clerk's Entry of Default of defendant The Bank of New York Mellon as follows:

1.   The Summons as to defendant Bank of New York Mellon was issued 9/16/2024. See

1 | Docket No. 3.

2. Service has been effectuated pursuant to California Code of Civil Procedure §415.40 on the tenth day after the mailing of 9/23/2024. See Docket No. 12.

3. Therefore, service is deemed completed October 3, 2024.

4. There being no other time proscribed by this Court, the deadline for defendant Bank of New York Mellon to respond to the Summons is 21 days as set by Federal Rules of Civil Procedure, Rule 12(a)(1)(A)(i), e.g., October 24, 2024.

5. No answer or responsive pleading has been served or filed by defendant Bank of New York Mellon.

6. Defendant Bank of New York Mellon is not in the military service, is not an infant or incompetent person.

7. Therefore, plaintiffs request entry of default of defendant Bank of New York Mellon.

Dated:  December 16, 2024                                         Respectfully

                                            By: */s/ Donald Charles Schwartz*
                                                 Donald Charles Schwartz
                                                 Attorney for Plaintiffs